DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYNTHIA DE VOSJOLI-NOVAK** and **MONIQUE DE VOSJOLI,**
Appellant,

v.

**SONIA THYRAUD DE VOSJOLI,**
Appellee.

No. 4D21-676

[October 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE19-025062 (14).

Edward F. Holodak of Edward F. Holodak, P.A., Plantation, for appellant.

Sonia Thyraud De Vosjoli, Vero Beach, pro se.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***